```
                                                              FILED
                                                    UNITED STATES DISTRICT COURT
                                                         DENVER, COLORADO
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO           JAN 2 8 2010

                                                     GREGORY C. LANGHAM
Civil Action No. ____10CV00181____ BnB                      CLERK
```

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

EDWARD MARVIN CORRIGAN, Real Party in Interest,

    Plaintiff,

v.

KENYNE SCHLAGER, Casper City Council Corporation Member,
MAURY DAUBIN, Casper City Council Corporation Member,
PAUL BERTOLIO, Casper City Council Corporation Member,
GLENN JANUSKA, Casper City Council Corporation Member,
STEFANIE BOSTER, Casper City Council Corporation Member,
KATE SAROSY, Casper City Council Corporation Member,
KEITH GOODENOUGH, Casper City Council Corporation Member,
KIM HOLLOWAY, Casper City Council Corporation Member,
BILL BRAUER, Casper City Council Corporation Member,
WILLIAM LUBEN, Esq., City of Casper Corporation Attorney,
WILL CHAMBERS, City of Casper Corporation Attorney,
SHELLY LeCLAIR, City of Casper Corporate Code Enforc.,
JIMMY BRIERLY, City of Casper Corporate Code Enforc.,
DOUGLAS BARRETT, City of Casper Corporate Code Enforc.,
GORDON NEAL, City of Casper Corporate Code Enforc.,
ROBERT HAND, City of Casper Corp. Municipal Court,
KEITH NACBAR, City of Casper Corp. Municipal Court,
CHARLES CHAPIN, City of Casper Corp. Municipal Court,
SCOTT SKAVDAHL, Seventh Judicial Corp. District Court,
BARTON VOIGT, Wyoming State Corporate Supreme Court,
BRUCE A. SALSBURG, Wyoming Attorney General, and
MARK BENTON, Natrona County Sheriff,

    Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff has submitted an "Affidavit of Claim of Rights Violated Under 42 USC 1983 Demand for Trial by Jury." He has failed either to pay the $350.00 filing fee or to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)  X   is not submitted
(2)  ___ is not on proper form (must use the court's current form)
(3)  ___ is missing original signature by Plaintiff
(4)  ___ is missing affidavit
(5)  ___ affidavit is incomplete
(6)  ___ affidavit is not notarized or is not properly notarized
(7)  ___ names in caption do not match names in caption of complaint, petition or application
(8)  ___ An original and a copy have not been received by the court. Only an original has been received.
(9)  X   other: Motion is necessary only if filing fee is not paid in advance.

**Complaint or Petition:**
(10) ___ is not submitted
(11) X   is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the Plaintiff
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 27th day of January, 2010.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **10CV00181**

Edward Marvin Corrigan
400 E M Street
Casper, WY 82601

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on __1/28/10__

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk