IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00181-BNB

EDWARD MARVIN CORRIGAN,

    Plaintiff,

v.

KENYNE SCHLAGER, Casper City Council Corporation Member,
MAURY DAUBIN, Casper City Council Corporation Member,
PAUL BERTOLIO, Casper City Council Corporation Member,
GLENN JANUSKA, Casper City Council Corporation Member,
STEFANIE BOSTER, Casper City Council Corporation Member,
KATE SAROSY, Casper City Council Corporation Member,
KEITH GOODENOUGH, Casper City Council Corporation Member,
KIM HOLLOWAY, Casper City Council Corporation Member,
BILL BRAUER, Casper City Council Corporation Member,
WILLIAM LUBEN, Esq., City of Casper Corporation Attorney,
WILL CHAMBERS, City of Casper Corporation Attorney,
SHELLY LeCLAIR, City of Casper Corporate Code Enforc.,
JIMMY BRIERLY, City of Casper Corporate Code Enforc.,
DOUGLAS BARRETT, City of Casper Corporate Code Enforc.,
GORDON NEAL, City of Casper Corporate Code Enforc.,
ROBERT HAND, City of Casper Corp. Municipal Court,
KEITH NACBAR, City of Casper Corp. Municipal Court,
CHARLES CHAPIN, City of Casper Corp. Municipal Court,
SCOTT SKAVDAHL, Seventh Judicial Corp. District Court,
BARTON VOIGT, Wyoming State Corporate Supreme Court,
BRUCE A. SALSBURG, Wyoming Attorney General, and
MARK BENTON, Natrona County Sheriff,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 12 2010

GREGORY C. LANGHAM
              CLERK

ORDER OF DISMISSAL

Edward Marvin Corrigan currently resides in Casper, Wyoming. Mr. Corrigan, acting *pro se*, initiated this action by filing a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On January 28, 2010, Magistrate

Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Mr. Corrigan to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Corrigan to submit his claims on a Court-approved Complaint form and to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Corrigan was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Corrigan now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 11th day of March, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00181-BNB

Edward Marvin Corrigan
400 E M Street
Casper, WY 82601

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/12/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk